UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEFAN LANG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1805  CDP |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Respondents. | ) |

## TEMPORARY RESTRAINING ORDER

For the reasons stated on the record,

**IT IS HEREBY ORDERED** that respondents are enjoined and restrained

*and Petitioner is not required to appear on November 24, 2008*

from removing Petitioner from the United States pending a hearing on the merits

of the petition for mandamus on **Monday, December 1, 2008 at 1:00 p.m.**

**IT IS FURTHER ORDERED** that respondents shall file any brief in

opposition to the petition for mandamus no later than **Wednesday, November 26,**

**2008.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2008.

5:44 pm