UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEFAN LANG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1805 CDP |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Respondents. | ) |

### **JUDGMENT**

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed for lack of jurisdiction.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2009.